Submitted on record and briefs June 29, affirmed August 2, petition for review denied December 19, 2006 (342 Or 254)

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES DEVILLE NASH,
*Appellant.*

0404-32318; A125987

140 P3d 1179

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Joshua B. Crowther, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Doug M. Petrina, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim,* Judges.

PER CURIAM

Affirmed. *State v. Clark,* 205 Or App 338, 134 P3d 1074 (2006).

_____

* Wollheim, J., *vice* Richardson, S. J.